673 A.2d 914

**Raymond E. BARRY, Appellant,**

**v.**

**PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY.**

Supreme Court of Pennsylvania.

Submitted Dec. 14, 1995.

Decided April 2, 1996.

Appeal No. 55 M.D. Appeal Docket 1995.

Raymond E. Barry, pro se.

Kevin Murphy, Harrisburg, for PHEAA.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

### *ORDER*

PER CURIAM:

The order of the Commonwealth Court is AFFIRMED.